UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. HARRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>PICK-N-PULL AUTO DISMANTLERS, et al.,<br><br>    Defendants. | No. 2:19-cv-01775 TLN AC<br><br><u>ORDER EXTENDING DEADLINE TO FILE PROOF OF SERVICE PURSUANT TO ORDER TO SHOW CAUSE</u> |

        Plaintiff, appearing in pro se, filed a complaint September 9, 2019, and paid the filing fee. ECF No. 1. An order issued requiring plaintiff to serve defendants within 90 days, but plaintiff failed to properly execute service and file proper proofs of service. ECF No. 3. On January 8, 2020, the court issued an order to show cause to plaintiff, requiring plaintiff to explain why this case should not be dismissed for failure to properly execute service on defendants in accordance with the deadline set in this court's prior order. ECF No. 6. Plaintiff responded, stating that his failure to properly execute service was inadvertent, and that he hired a process server to properly serve defendants. ECF No. 7. Plaintiff did not, however, file any proofs of service upon defendants.

        Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline set in the Order to Show Cause, ECF No. 6, for plaintiff to file proofs of service upon defendants is hereby CONTINUED to February 5, 2020;
2. Plaintiff's filing of a proof of service compliant with the Federal Rules of Civil Procedure upon each defendant will be deemed good cause shown; and
3. If plaintiff fails to comply with this order, the undersigned will recommend that the case be dismissed.

DATED: January 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE