UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. HARRISON,<br><br>          Plaintiff,<br><br>     v.<br><br>PICK-N-PULL AUTO DISMANTLERS, et al.,<br><br>          Defendants. | No.  2:19-cv-01775 TLN AC<br><br><br>ORDER TO SHOW CAUSE |

   Plaintiff, appearing in pro se, has requested an extension of time to respond to defendants' pending motion to dismiss (ECF No. 17), in order to attempt to find counsel. ECF No. 20.  The motion to dismiss has been ordered heard on the papers. ECF No. 19.  As this is plaintiff's first request for an extension of time, the court GRANTS the motion at ECF No. 20.

   Plaintiff's opposition or statement of non-opposition is due no later than May 27, 2020. The matter will be deemed submitted on June 4, 2020.  Plaintiff is cautioned that the court will look with disfavor on any additional requests for extended time to respond to the pending motion, including for the purpose of seeking counsel.

   IT IS SO ORDERED.

DATED: May 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE