AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN District of CALIFORNIA

Anthony M. Harrison

Plaintiff (s),

V.

Pick-N-Pull Auto Dismantlers (Stockton),
Scnitzer Steel Industries, Inc. & Franck Wilkerson

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:19-cv-01775-TLN-AC

Notice is hereby given that, subject to approval by the court, __Plaintiff Anthony M. Harrison__ substitutes
(Party (s) Name)

__Jill P. Telfer, Esq.__, State Bar No. __145450__ as counsel of record in
(Name of New Attorney)

place of __Pro Se Anthony M. Harrison__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Offices of Jill P. Telfer |
| Address: | 331 J Street, Suite 200, Sacramento, CA 95814 |
| Telephone: | (916) 446-1916    Facsimile (916) 446-1726 |
| E-Mail (Optional): | jtelfer@telferlaw.com |

I consent to the above substitution.

Date: 5-14-2020

Plaintiff/Pro Se Anthony M. Harrison

*Anthony M. Harrison*
(Signature of Party (s))

I consent to being substituted.

Date: 5-14-2020

Plaintiff/Pro Se Anthony M. Harrison

*Anthony M. Harrison*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5-20-2020

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: MAY 20, 2020

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]