JILL P. TELFER, SBN 145450
jtelfer@telferlaw.com
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California 95814
Telephone:  (916) 446-1916
Facsimile:  (916) 446-1726

Attorneys for Plaintiff
ANTHONY HARRISON

COLLIN D. COOK, SBN 251606
E-Mail  ccook@fisherphillips.com
ASHTON M. RILEY, SBN 310528
E-Mail  ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants
PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC (erroneously sued as PICK-N-PULL AUTO DISMANTLERS (STOCKTON); SCHNITZER STEEL INDUSTRIES, INC.; and HARRY FRANK MILLAN (erroneously sued as FRANK WILKERSON)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANTHONY M. HARRISON,<br><br>                      Plaintiff,<br><br>        v.<br><br>PICK-N-PULL AUTO DISMANTLERS (STOCKTON); SCHNITZER STEEL INDUSTRIES, INC.; FRANK WILKERSON AND DOES 1-50 INCLUSIVE,<br><br>                      Defendants. | Case No:  2:19-cv-01775-TLN-AC<br><br>**ORDER DISMISSING INDIVIDUAL DEFENDANT HARRY FRANK MILLAN AND GRANTING 15 DAYS LEAVE FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT**<br><br>Complaint Filed:     September 9, 2019<br><br>Trial Date:        None Set |

1

ORDER

**ORDER**

The Court, having considered the Parties' Joint Stipulation to Dismiss Individual Defendant Harry Frank Millan and Grant 15 Days Leave for Plaintiff to File a First Amended Complaint, and finding good cause therefore, adopts the terms thereof as the Order of the Court and hereby orders:

1. Defendant HARRY FRANK MILLAN (erroneously sued as FRANK WILKERSON) is dismissed from the action, with prejudice.

2. Defendant HARRY FRANK MILLAN (erroneously sued as FRANK WILKERSON) waives any right to recover costs and fees from Plaintiff in exchange for his dismissal.

3. Plaintiff shall be granted 15 days leave to file and serve a first amended complaint from the date of this Order.

4. Defendants' motion to dismiss currently scheduled for hearing June 25, 2020, is withdrawn, without prejudice, and the hearing thereon is vacated.

**IT IS SO ORDERED.**

DATED: June 12, 2020

_____
Troy L. Nunley
United States District Judge