COLLIN D. COOK, SBN 251606
E-Mail ccook@fisherphillips.com
ASHTON M. RILEY, SBN 310528
E-Mail ariley@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendants
PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC (erroneously sued as PICK-N-PULL AUTO DISMANTLERS (STOCKTON)); and SCHNITZER STEEL INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO COURTHOUSE

| | |
|---|---|
| ANTHONY M. HARRISON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PICK-N-PULL AUTO DISMANTLERS (STOCKTON); SCHNITZER STEEL INDUSTRIES, INC.; AND DOES 1-50 INCLUSIVE,<br><br>　　　　　Defendants. | Case No: 2:19-cv-01775-TLN-AC<br><br>**DEFENDANTS PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC, AND SCHNITZER STEEL INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1**<br><br>Complaint Filed: September 9, 2019<br>Amended Complaint: June 26, 2020<br>Trial Date:　　None Set |

　　　Defendants PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC (erroneously sued as PICK-N-PULL AUTO DISMANTLERS (STOCKTON)) and SCHNITZER STEEL INDUSTRIES, INC. hereby submit this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

//

//

//

//

---

1

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1

FP 38112571.1

Defendant Pick-n-Pull Auto Dismantlers, Stockton, LLC is a wholly-owned subsidiary of Defendant Schnitzer Steel Industries, Inc., a publicly held corporation. At all times relevant in this action, Schnitzer Steel Industries, Inc. does not, and did not, have any parent corporation. As of Feb. 29, 2020, BlackRock, Inc. reported 10.2% beneficial ownership of Schnitzer Steel Industries, Inc. stock.

Dated: July 10, 2020

Respectfully submitted,

FISHER & PHILLIPS LLP

By: _____
COLLIN D. COOK
ASHTON M. RILEY
Attorneys for Defendants
PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC and SCHNITZER STEEL INDUSTRIES, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On July 10, 2020 I served the foregoing document entitled **DEFENDANTS PICK-N-PULL AUTO DISMANTLERS, STOCKTON, LLC, AND SCHNITZER STEEL INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1** on all the appearing and/or interested parties in this action by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

Jill P. Telfer, Esq.  
LAW OFFICES OF JILL P. TELFER  
331 J Street, Suite 200  
Sacramento, CA 95814  
Tel (916) 446-1916  
Fax: (916) 446-1726  
Email: jtelfer@telferlaw.com

Attorney for Plaintiff  
ANTHONY HARRISON

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 10, 2020 at Irvine, California.

Jill McIntee  
Print Name

By: *[signature]*  
Signature

CERTIFICATE OF SERVICE  
FP 38112571.1